FOWLER *v.* UNIVERSAL GARAGE COMPANY.

No. 12397. SEPTEMBER 23, 1938. REHEARING DENIED OCTOBER 15, 1938.

*Howell & Post,* for plaintiff in error.
*James A. Branch* and *Thomas B. Branch Jr.,* contra.